UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 11-383 PA | Date | May 18, 2011 |
|---|---|---|---|

| Present: The Honorable | PERCY ANDERSON, U.S. DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Paul Songco | Leandra Amber | Max Shiner |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Tracy Bell | | X | X | Randy Driggs | | X | X |

**Proceedings:**   ARRAIGNMENT AND PLEA

    Defendant is named in a Single Count Information.  The defendant is arraigned and pleads Guilty to the Information.  The Court questions the defendant regarding the plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered.  The Court refers the defendant to the Probation Office for investigation and report and continues the matter to **July 25, 2011, at 10:30 a.m.** for sentencing. The defendant is ordered to appear for sentencing without any further notice or order from the Court.

    Rule 32 of the Fed. R. Cr.P. requires the parties to notify the Probation Officer, and each other, of any objections to the Presentence Report within 14 days of receipt.  Alternatively, counsel may file objections no later than 21 days before sentencing.  The Court construes "objections" to include departure arguments.  Any party who intends to move for a continuance of the sentencing hearing shall, not later than noon on the Tuesday preceding the hearing date, notify opposing counsel and the Court Clerk.  Strict compliance with these deadlines is mandatory because untimely filing may interfere with the abilities of the Probation Office and the Court to prepare for sentencing.  Failure to meet these deadlines is grounds for sanctions.

    IT IS SO ORDERED.

|  | : | 32 |
|---|---|---|
| | Initials of Deputy Clerk | PS |

cc: USPO