UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 11-383 PA | Date | August 29, 2011 |
|---|---|---|---|

| Present: The Honorable | PERCY ANDERSON, U.S. DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Paul Songco | Leandra Amber | Fred Slaughter |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Tracy Bell | | X | X | Randy Driggs | | X | X |

**Proceedings:**  SENTENCING

Refer to Judgment and Probation/Commitment Order filed herewith.

Defendant informed of right to appeal.

FILED and distributed judgment. Issued JS-3. ENTERED.

|  | : | 48 |
|---|---|---|
| Initials of Deputy Clerk | PS | |

cc: