Name: Tracy Bell

Reg. #: 60527112

FCI Florence
Post Office Box 6000
Florence, Colorado 81226



## UNITED STATES DISTRICT COURT

This Defendant has been sentenced to a term of imprisonment based on a sentencing range that has been subsequently lowered by the sentencing commission.

This Defendant seeks a reduction of his sentence based on 18 U.S.C 3582(c)(2). ("All Drugs minus 2")

Please accept this Pro Se Motion, as such it is to be held to a less stringent standard than those drafted by an Attorney.

Respectfully submitted,

/s/ Tracy Bell

Dated: 11-1-2014

Case # cr-00383-PA-1

Name Tracy Bell
Reg. No. 60527-112
Federal Correctional Institution
P.O. Box 6000
Florence, CO 81226

CLERK U.S. DISTRICT COURT
NOV 03 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

DENVER CO 802


Judge
Mr. Percy Anderson
⇔60527-112⇔
Court Clerk
312 N Spring ST
LOS Angeles, CA 90012
United States


