IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

```
TRACY BELL,                        )
   Defendant/Petitioner,           )
                                   )
-vs-                               )   CASE No.: 2:11-CR-00383-PA
                                   )
UNITED STATES OF AMERICA,          )
   Plaintiff/Respondent.           )
```

FILED
CLERK, U.S. DISTRICT COURT
NOV 24 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## MOTION FOR MODIFICATION IN TERM OF IMPRISONMENT PURSUANT TO TITLE 18 U.S.C.. §3582(c)(2)

COMES NOW, Tracy Bell, the defendant in the above referenced cause of action and respectfully files his Motion for Modification in his 125 month term of imprisonment pursuant to Title 18 U.S.C. §3582(c)(2) and U.S.S.G. Amendment 782. In support thereof, the defendant states the following:

1. On August 29, 2011, this Honorable Court imposed a 125 month term of imprisonment on the defendant, to be followed by three (3) years supervised release after a plea of guilty to possession w/intent to distribute cocaine base in violation of Title 21 U.S.C. §841(a)(1), (b)(1)(C).

2. The defendant's base offense level was calculated at __23__, with a criminal history category of __VI__, resulting in a sentencing range of 92-115 months.

3. U.S.S.G. Amendment 782, commonly referred to as "All Drugs Minus 2" has the effect of lowering the defendant's sentencing range from 92-115 months to 77-96 months.

Under title 18 U.S.C. §3582(c)(2), the court may not modify a term of imprisonment once it has been imposed except that --

> (2) in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. §994(o), upon motion of the defendant, or the director of the bureau of prisons, or on its own motion the court may reduce the term of imprisonment, after considering the factors set forth in Section 3553(a) to the extent that they are applicable, if such a reduction is consistent with applicable policy statement issued by the Sentencing Commission.

The defendant in this case has been sentenced to a term of imprisonment based on a sentencing range that has been lowered by U.S.S.G. Amendment 782.

The defendant asserts that a reduction in his sentence would be consistent with applicable policy statements issued by the Sentencing Commission as he would not be eligible for release until after November 1, 2015.

In determining whether, and to what extent to reduce the particular sentence, the court shall consider -

(1) the nature and circumstances of the offense and the history and characteristics of the defendant;

The nature and circumstances of the offense for this defendant shows that the defendant was involved with the distribution of 13 grams of cocaine base crack. The facts established shows that the defendant has a history of petty marijuana convictions throughout his life. That the defendant received Social Security Disability benefits as a result of his childhood trauma. The defendant, as a child, was in and out of Child Protective Services and experienced mental and emotional distress. The defendant did not complete school and has several defecencies.

2) the need for the sentence imposed --

A modification in the term of imprisonment from 125 months to 96 months would reflect the seriousness of the crack cocaine offense, promote respect for the law, and provide just punishment for the offense.

The defendant asserts that, during his incarceration he has diligently sought to achieve his GED in hopes of bettering his chances of gaining employment upon his release. The defendant has a strong desire to hold a job and not depend on Social Security benefits, which has only enabled him to use that idle time in the streets experementing with drugs. The defendant has enrolled in and completed other courses to aid in his rehabilitation. **SEE ATTACHED INMATE EDUCATION DATA TRANSCRIPT**

It is the defendant's desire to work as a youth counselor upon his release. Once the defendant obtains his GED, the defendant plans to participate in the Microsoft Office Applications and Building Trades vocational training courses to improve his computer literacy and gain skilss in roofing, internal

and external walls, and other necessary skills for building houses to improve his chances of gaining meaningful employment upon release.

The defendant asserts that a sentenceeof 96 months would allow him the opportunity to enroll in and complete AA/NA, Rational Recovery from Drugs, Non Residential Drug Program, Doing Time With The Right Mind, and the 500 Hour Residential Drug Abuse correctional treatment programs.

Based on the foregoing, this Honorable Court should find that a modification in the defendant's sentence from 125 months to 96 months would provide just punishment for the offende, afford adequate deterrence to criminal conduct (§3553(2)(B)), serves to protect the public from further crimes of the defendant (§3553(2)(C)), and would provide the defendant with the needed educational and vocational training, and other correctional treatment in the most effective manner (§3553(2)(D)) to serve the purposes of sentencing.

## CONCULSION

The defendant prays that this Honorable Court will exercise its discretion and grant a modification in the defendant's term of imprisonment, finding that a sentence of 96 months is sufficient, but not greater than necessary to serve the purposes set forth therein §3553.

## CERTIFICATE OF SERVICE

I, Tracy Bell certify that a copy of the foregoing Motion for Modification of Sentence has been placed in a sealed envelope marked "LEGAL MAIL," with adequate first class postage and personally hand delivered to the institution mail room staff, addressed to the Clerk of Court, 312 North Spring Street, Room G-8, Los Angeles, CA 90012-4701, for depositing in the U.S. Postal Mail on this the 17 day of November, 2014.

*Tracy Bell*
Tracy Bell

```
FLFI5              *       INMATE EDUCATION DATA       *      11-04-2014
PAGE 001 OF 001    *             TRANSCRIPT            *      06:53:45

REGISTER NO: 60527-112    NAME..: BELL                        FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: FLF-FLORENCE FCI

--------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
FLF  ESL HAS    ENGLISH PROFICIENT          09-23-2011 0001 CURRENT
FLF  GED EP     ENROLL GED PROMOTE W/CAUSE  09-25-2013 1527 CURRENT
FLF  GED SAT    GED PROGRESS SATISFACTORY   12-28-2012 0001 CURRENT

---------------------------- EDUCATION COURSES ------------------------------
SUB-FACL   DESCRIPTION                 START DATE  STOP DATE EVNT AC LV  HRS
FLF        ABDOMINALS 0615             10-14-2014  CURRENT
SAF        R-6 ENGLISH GED 1 2:00-3:30 01-10-2014  09-19-2014  P  W  I   340
SAF        R-6 ENGLISH GED 4 7:00-9:00 07-16-2013  01-10-2014  C  W  I     0
SAF        MONEY MECHANICS ACE PGM     10-02-2013  12-18-2013  P  C  P    24
SAF        CLASSIC MOVIES              07-07-2013  09-02-2013  P  C  P     2
SAF        FUNDAMENTALS OF SEWING POLE 07-01-2013  07-19-2013  P  C  P    25
SAF        R-1/HLT AIDS AWARE          06-19-2013  06-19-2013  P  C  P     1
VVM        GED 2, 9:00 - 10:30 A.M., M-F 04-18-2012 06-03-2013 P  W  I   390
VVM        AFRICAN-AMERICAN STUDIES    02-07-2012  02-28-2012  P  C  P    10

---------------------------- HIGH TEST SCORES -------------------------------
TEST       SUBTEST       SCORE    TEST DATE     TEST FACL   FORM     STATE
GED PRAC   LIT/ARTS      420.0    02-26-2014    SAF         PA       AZ
           SCIENCE       380.0    04-04-2014    SAF         PA       AZ
           SOC STUDY     400.0    10-10-2013    SAF         PB
TABE M     BATTERY         4.3    02-08-2012    VVM         0
           LANG MECH       1.4    02-08-2012    VVM         0
           LANGUAGE        3.3    02-08-2012    VVM         0
           MATH APPL       2.9    02-08-2012    VVM         0
           MATH COMP       4.6    02-08-2012    VVM         0
           READING         6.2    02-08-2012    VVM         0
           SPELLING        7.4    02-08-2012    VVM         0
           TOTAL MATH      3.6    02-08-2012    VVM         0
           VOCABULARY      6.6    02-08-2012    VVM         0




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

TRACY BELL #60527-112
FEDERAL CORRECTIONAL INSTITUTION
POST OFFICE BOX 6000
FLORENCE, COLORADO  81226






LEGAL MAIL

LEGAL MAIL

⇔60527-112⇔
Court Clerk
312 N Spring ST
LOS Angeles, CA 90012
United States

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 6000
FLORENCE, COLORADO 81226

DATE 11/18/14

"SPECIAL/LEGAL MAIL"
The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or a problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

