UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No. | CR 11-383 PA | Date | July 5, 2023 |
|---|---|---|---|

| Present: The Honorable | PERCY ANDERSON, U.S. DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Kamilla Sali-Suleyman | Miranda Algorri | Alexandra Kelly, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Tracy Bell - CITATION | | √ | | James Threatt, DFPD | √ | √ | |

**Proceedings:** **PRELIMINARY REVOCATION OF SUPERVISED RELEASE**

Cause called; appearances made. U.S. Probation Officer, Arlena Carty, is also present. For the reasons stated on the record, the matter is continued to September 14, 2023, at 1:30 p.m. Counsel are ordered to file a joint report regarding the status of the State Court matter by August 15, 2023.

IT IS SO ORDERED.

|  | : | 16 |
|---|---|---|
| Initials of Deputy Clerk | | KSS |

cc: USPO, PSA, BOP, USMO