## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR 11-383 PA | Date | September 28, 2023 |
|---|---|---|---|

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Kamilla Sali-Suleyman | Kathy Stride | Alexandra Kelly, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Tracy Bell (CITATION) | X | | | James Threatt, DFPD<br>Jake Crammer, DFPD | X<br>X | X<br>X | |

**Proceedings:** **PRELIMINARY REVOCATION OF SUPERVISED RELEASE EVIDENTIARY HEARING**

    A revocation hearing is held.  U.S. Probation Officer, David Fuentes, is also present.  Defendant admits allegation three, as charged in the petition filed on June 27, 2023.

    The Court questions the defendant regarding his waiver of his right to a revocation hearing and his admissions of having violated the terms and conditions of his supervised release.  The Court finds that defendant entered his admissions freely and voluntarily, with a full understanding of the allegations against him and the consequences of his admissions.  The Court also finds that the defendant understands his constitutional and statutory rights and wishes to waive them and that the defendant is in violation of the terms and conditions of his supervised release.  Accordingly, the Court orders the admissions accepted and entered.

    The Court proceeds with an evidentiary hearing on allegations one and two. Witnesses are called, sworn and testified.  Exhibits are identified and admitted.  (See List of Exhibits and Witnesses).  The matter is continued to **October 5, 2023, at 1:30 p.m.**  The Court orders the United States Marshal to take Defendant Tracy Bell into custody to await next hearing date.  The Court finds that Defendant is a danger to the community and that no condition or combination of conditions will assure the safety of any other person and the community.

    IT IS SO ORDERED

|  |  | 1 | : | 14 |
|---|---|---|---|---|
|  | Initials of Deputy Clerk | | KSS | |

cc: **USMO, USPO**