UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>TRACY BELL,<br><br>     Defendant. | No.  CR 11-383 PA<br><br>JUDGMENT REVOKING SUPERVISED RELEASE |

On October 5, 2023, Alexandra Kelly, the attorney for the government appeared, and defendant, Tracy Bell, appeared with appointed counsel James Threatt, DFPD, and Jake Crammer, DFPD.  Defendant having previously admitted allegation Three, as charged in the petition filed on June 27, 2023, the Court finds that government had proven by a preponderance of the evidence allegations One and Two as charged in the petition filed on June 27, 2023.

THE COURT FINDS that Defendant violated the terms and conditions of the order of supervised release of August 29, 2011.  IT IS ORDERED that supervised release is hereby revoked, vacated, and set aside.

IT IS FURTHER ORDERED AND ADJUDGED, upon the findings of the Court, that Defendant is hereby committed to the custody of the Bureau of Prisons for a term of 24 months with no supervision to follow.

Defendant is advised of his right to appeal.

DATED:  October 6, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

Kiry K. Gray, Clerk

By:  Kamilla Sali-Suleyman
         Deputy Clerk
cc: USM, BOP, USPO